UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                     Case No. 3:07-bk-04295-JAF

NETBANK, INC.,                                             Chapter 11

             Debtor.

_____

CLIFFORD ZUCKER, in his capacity
as LIQUIDATING SUPERVISOR
for NETBANK, INC.,                                         Adversary Pro. No. 3:09-ap-00451-JAF

             Plaintiff,

v.

DWIGHT GALLOWAY,

             Defendant.

_____

## ACKNOWLEDGMENT OF SERVICE AND WAIVER
## OF ADDITIONAL NOTICE (DEFENDANT DWIGHT GALLOWAY)

COMES NOW, David E. Otero, of the law firm of Akerman Senterfitt, an attorney-at-law for the following named defendant: Dwight Galloway (hereinafter, the "Defendant"), duly authorized by the Defendant to receive and accept service of Plaintiff's Complaint, the Summons and the Order as to Preparation, Service, and Return of Process and Establishing Motion Hearing Procedures, on behalf of the Defendant and hereby acknowledges and accepts service of the Complaint, Summons, and Order as to Preparation, Service, and Return of Process and Establishing Motion Hearing Procedures and hereby waives any other and further service of said Complaint, Summons, and Order as to Preparation, Service, and Return of Process and Establishing Motion Hearing Procedures, and hereby further waives any claim or defense of

{JA481171;1}

insufficiency or inadequacy of or defect in process or service of process or notice on behalf of the Defendant with respect to the Complaint, the Summons, and the Order as to Preparation, Service, and Return of Process and Establishing Motion Hearing Procedures.

Dated:  August 31, 2009.

AKERMAN SENTERFITT

By:  */s/ Raye Curry Elliott*
David E. Otero
Florida Bar No.: 651370
Email: david.otero@akerman.com
Raye Curry Elliott
Florida Bar No. 018732
Email: raye.curryelliott@akerman.com
50 North Laura Street, Suite 2500
Jacksonville, FL  32202
Telephone:  (904) 798-3700
Facsimile:  (904) 798-3730

Attorneys for Defendant Dwight Galloway

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 31st day of August, 2009, to:

Michael D. Langford, Esq.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Counsel for the Liquidating Supervisor

*/s/ Raye Curry Elliott*
Attorney

{JA481171;1}                                                2