UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NETBANK, INC., | Case No. 3:07-bk-04295-JAF |
| Debtor. / | |
| CLIFFORD ZUCKER, in his capacity as Liquidating Supervisor for NetBank, Inc., | Adversary Proceeding No. 3:09-ap-00451-JAF |
| Plaintiff, v. | |
| DWIGHT GALLOWAY, | |
| Defendant. / | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Come now the plaintiff, Clifford Zucker, in his capacity as the liquidating supervisor for NetBank, Inc. (the "Plaintiff"), and the defendant, Dwight Galloway (the "Defendant"), by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby stipulate and agree that the above-captioned adversary proceeding filed by the Plaintiff against the Defendant is dismissed with prejudice.  This stipulation shall act

as a dismissal with prejudice of all claims asserted by the Plaintiff against the Defendant in this adversary proceeding.

Respectfully submitted, this 12th day of May, 2011.

> By: /s/ Michael D. Langford
> Michael D. Langford
> Georgia Bar No. 436220
> Shane G. Ramsey
> Florida Bar No. 026842
>
> KILPATRICK TOWNSEND & STOCKTON LLP
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia 30309-4530
> (404) 815-6500 (Telephone)
> (404) 815-6555 (Facsimile)
> mlangford@kilpatricktownsend.com
> sramsey@kilpatricktownsend.com
>
> AND
>
> Betsy C. Cox
> Florida Bar No. 307033
> ROGERS TOWERS, P.A.
> 1301 Riverplace Blvd., Suite 1500
> Jacksonville, Florida 32207
> (904) 398-3911 (Telephone)
> (904) 396-0663 (Facsimile)
> bcox@rtlaw.com
>
> *Counsel for Plaintiff Clifford Zucker,*
> *in his capacity as the Liquidating*
> *Supervisor for NetBank, Inc.*

AND

By: /s/ Adina L. Pollan with her express permission
David E. Otero
Florida Bar No. 651370
Adina L. Pollan
Florida Bar No. 15639

AKERMAN SENTERFITT
50 North Laura Street, Suite 3100
Jacksonville, FL 32202-3640
(904) 798-3700 (Telephone)
(904) 798-3730 (Facsimile)
david.otero@akerman.com
adina.pollan@akerman.com

*Counsel for Defendant Dwight Galloway*